

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                          Criminal No. 3:08cr325-05

WILBUR T. POAG

### ORDER

For the reasons set forth on the record, it is hereby ORDERED that the Government's Motion to Dismiss Indictment (Docket No. 126) is granted.

It is so ORDERED.

```
                              /s/                 REP
                         _____
                         Robert E. Payne
                         Senior United States District Judge
```

Richmond, Virginia
Date: February 23, 2009